CONNECTICUT NATIONAL BANK, Respondent, *v.* JOHN R. BAYLES, Appellant, Impleaded with Others.

*Connecticut Nat. Bank* v. *Bayles,* 17 App. Div. 596, reversed.
(Argued February 13, 1900; decided May 15, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 24, 1897, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury.

*A. A. Spear* for appellant.

*Thomas J. Ritch, Jr.,* and *Jacob Rosen* for respondent.

Judgment reversed and complaint dismissed, without costs to either party, on the opinion of WERNER, J., in *Aultman & Taylor Co.* v. *Syme* (163 N. Y. 54).

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON and WERNER, JJ. Not sitting: CULLEN, J.

---

WILLIAM B. KIRK, Respondent, *v.* THE CITY OF SYRACUSE et al., Appellants.

*Kirk* v. *City of Syracuse,* 19 App. Div. 627, affirmed.
(Argued March 27, 1900; decided May 15 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 24, 1897, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*James E. Newell* for appellants.

*Louis L. Waters* for respondent.

Judgment affirmed, with costs, on authority of *Alvord* v. *City of Syracuse* (163 N. Y. 158).